United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SALVADOR ACOSTA and RIGO DE LA ROSA | ♦ |
| | ♦ |
| V. | ♦ |
| | ♦  CIVIL ACTION NO. B-03-041 |
| | ♦ |
| | ♦ |
| SANTA MARIA INDEPENDENT SCHOOL | ♦ |
| DISTRICT *and employees, agents, and all those* | ♦ |
| *acting in concert or at their discretion* | ♦ |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO
STRIKE AND MOTION FOR SANCTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SALVADOR ACOSTA and RIGO DE LA ROSA, Plaintiffs in this action, and subject to their motion to remand and without waiving the same rights entitled to in their motion to remand, file this their response to Defendant's Motion to Strike and Motion for Sanctions. Plaintiffs show the court the following:

I.
Motion to Strike

A. Defendant argues that it is entitled to a dismissal of Plaintiffs' claims under their amended petition as such constitutes surprise as federal constitutional claims have been plead. Such is not the case as Defendant was put on notice many months prior to the pleading amendment.

B. On August 22, 2002, Plaintiffs' served on Defendant Plaintiffs' Responses to Defendant's Request for Disclosures. Such responses were received by Defendant on August 23, 2002 as evidenced by the certified mail return receipt. *(See Exhibit A)* In response to the Defendant's disclosure requests, Plaintiffs claimed that they were seeking the following:

> *"causes of action against Defendant for violations of the laws and Constitutions of the United and Texas."*

*(See Exhibit A)*

1

C. Defendant, after receiving such discovery responses, was put on actual notice that federal claims were likely; yet, Defendant outright failed to interrogate Plaintiffs' further or depose them on the language as set forth in those responses. Plaintiffs' should not be punished for Defendant's and its counsel's failure to read and act upon an express and conspicuous assertion of law. Such is not the intended principle of FRCP 12(f). Clearly, Defendant and its counsel are attempting to justify their failure to remove by and through other methods under the guise of bad motives by Plaintiff and its counsel.

D. Plaintiffs ask that this court deny Defendant's Motion to Strike, or in the alternative, grant them an opportunity to amend their complaints should the court deem it necessary, and any other relief to which they may justly be entitled all of which are subject to Plaintiff's Motion to Remand.

## II.
## Motion for Sanctions

A. Plaintiff objects to Defendant's Motion for Sanctions in that Plaintiff's pleadings and discovery responses provided fair notice of their claims which are also evidenced by Defendant's allegations in its Motion to Dismiss and the discovery that has been conducted in this case so far.

B. Defendant, after receiving such discovery responses, was put on actual notice that federal claims were likely; yet, Defendant outright failed to interrogate Plaintiffs' further or depose them on the language as set forth in those responses. *(See Exhibit A).* Plaintiffs' should not be punished for Defendant's and its counsel's failure to read and act upon an express and conspicuous assertion of law. Clearly, Defendant and its counsel are attempting to justify their failure to remove by and through other methods under the guise of bad motives by Plaintiff and its counsel. Neither Plaintiff nor its counsel have engaged in conduct that would justify sanctions such as: filing for improper purpose, asserting claims

not warranted by law, frivolous arguments, ignoring favorable precedent, violation of orders, abusing discovery, or any other conduct deemed to be in bad faith.

C.  Plaintiffs ask that this court deny Defendant's Motion for Sanctions and any other relief to which they may justly be entitled all of which are subject to Plaintiff's Motion to Remand.

          Respectfully submitted,

          THE PRUNEDA LAW FIRM, P.L.L.C.

          P.O. Box T
          Pharr, Texas 78577-1220
          (956) 702-9675
          (956) 702-9659 Fax

By: _____
       MICHAEL PRUNEDA
       State Bar No. 24025601
       Fed. I.D. No. 25659

       ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above has been served on the following attorney of record:

Elizabeth Neally
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786

Signed on this 4 day of March, 2003.

Michael Pruneda

# EXHIBIT "A"

# THE PRUNEDA LAW FIRM, P.L.L.C.

944 W. Nolana Loop, Ste. B
P.O. Box T
Pharr, Texas 78577-1220

Office: (956) 702-9675
Fax:    (956) 702-9659

August 22, 2002

*Via CM, RRR*
*7001 0320 0002 7226 7414*

Elizabeth Neally
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786

      Re:    *Salvador Acosta and Rigo De La Rosa v. Santa Maria I.S.D.;*
              Cause No. 2002-07-2652-E

Dear Ms. Neally:

    Enclosed, please find the following discovery responses:

        (1)    Plaintiffs' Responses to Defendant's Request for Disclosures.

    Should you have any questions, please do not hesitate to call.

                                    Sincerely,

                                    THE PRUNEDA LAW FIRM, P.L.L.C.

                                    Michael Pruneda

**Certified Mail Receipt (upside down):**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE
BROWNSVILLE, TX 78520

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

UNIT ID: 0048
Postmark Here
Clerk: KJ7PF5
08/22/02

Sent To: Elizabeth Neally
Street, Apt. No. or PO Box No.: 855 W. Price Rd, Suite 9
City, State, ZIP+4: Brownsville, TX 78520-8786

7001 0320 0002 7226 7434

PS Form 3800, January 2001   See Reverse for Instructions

---

**Return Receipt (PS Form 3811):**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elizabeth Neally
Roerig, Oliveira & Fisher
855 W. Price Rd., Suite 9
Brownsville, TX 78520-8786

A. Received by (Please Print Clearly): Monica Rock
B. Date of Delivery: 8-23-02
C. Signature: [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
  If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0002 7226 7434

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

CAUSE NO. <u>2002-07-2652-E</u>

| | | |
|---|---|---|
| SALVADOR ACOSTA and RIGO DE LA ROSA | ♦ | IN THE <u>357th</u> DISTRICT COURT |
| | ♦ | |
| v. | ♦ | |
| | ♦ | OF |
| | ♦ | |
| SANTA MARIA INDEPENDENT SCHOOL | ♦ | |
| DISTRICT *and employees, agents, and all those* | ♦ | |
| *acting in concert or at their discretion* | ♦ | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' RESPONSES TO DEFENDANT'S
## <u>REQUEST FOR DISCLOSURES</u>

TO:   Defendant by and through its attorneys of record:

Elizabeth Neally
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786

NOW COME, Plaintiffs SALVADOR ACOSTA and RIGO DE LA ROSA, responding to Defendant's requests pursuant to Rule 194.2 of the Texas Rules of Civil Procedure.

Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577
(956) 702-9675
(956) 702-9659 Fax

By: _____
MICHAEL PRUNEDA
State Bar No. 24025601

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel of record as noted below:

Signed on this the _22_ day of _August_, 2002:

Elizabeth Neally
ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786

                                                        Michael Pruneda

## **RULE 194.2**

(a)  Correct Party Names

RESPONSE:

Salvador Acosta

Rigo De La Rosa

(b)  Potential Parties

RESPONSE:

None at this time.

(c)  Contentions

RESPONSE:

>   The facts plead support the following causes of action against the Defendant for violations of the ~~laws and Constitutions of the United States and Texas.~~
>
>   Plaintiff is not required to marshal all evidence that may be offered at trial or to brief legal issues. T.R.C.P. 194.2(c)

(d)  Damages

RESPONSE:

>   Plaintiffs seek all appropriate relief to which they may be entitled and the court deems proper. As damages are ongoing, a total cannot be provided.

(e)  Fact Witnesses

RESPONSE:

Salvador Acosta
P.O. Box 293
Santa Maria, TX 78592
(956) 797-4782

Plaintiff can establish the facts made the basis of the claims in this civil action.

Rigo De La Rosa
Rt. 1, Box 228-A
La Feria, TX
(956) 797-4051