United States District Court
Southern District of Texas
FILED

MAR 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SALVADOR ACOSTA and RIGO DE LA ROSA § § § § | |
| vs. § | CIVIL ACTION NO. B-03-041 |
| SANTA MARIA INDEPENDENT SCHOOL DISTRICT, and employees, agents, and all those acting in concert or at their discretion § § § § § § | |

**DEFENDANT SANTA MARIA INDEPENDENT SCHOOL DISTRICT'S
CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant Santa Maria Independent School District and files this its Certificate of Financially Interested Persons and state that, at this time we are aware of no other persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation other than the following parties and counsel:

| | |
|---|---|
| Plaintiffs: | SALVADOR ACOSTA<br>RIGO DE LA ROSA |
| Defendant: | SANTA MARIA INDEPENDENT SCHOOL DISTRICT<br>Counsel:   Elizabeth G. Neally<br>              Jeffrey D. Roerig<br>              ROERIG, OLIVEIRA & FISHER, L.L.P.<br>              855 W. Price Road, Suite 9<br>              Brownsville, Texas 78520 |

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendants

By: _____

Elizabeth G. Neally
State Bar No. 14840400
Federal I.D. No. 8044
Jeffrey D. Roerig
State Bar No. 17161700
Federal I.D. No. 1503

ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant's Certificate of Interested Parties* has been served upon counsel of record by Certified Mail, Return Receipt Requested, on this ___ day of March, 2003, to wit:

Michael Pruneda
The Pruneda Law Firm
P. O. Box T
Pharr, Texas 78577

_____
Elizabeth G. Neally