# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Levesque |
| DATE | 4 — 21 — 03 |
| TIME | a.m. — a.m.<br>1:30 p.m. — 2:00 p.m. |
| CIVIL ACTION | B — 03 — 41 |
| STYLE | ACOSTA ET AL.<br>*versus*<br>SANTA MARIA ISD, ET AL. |

United States District Court
Southern District of Texas
FILED

APR 2 1 2003

Michael N. Milby
Clerk of Court

DOCKET ENTRY

(HGT)   ☐ Initial Pretrial Conference         (Rptr.  Breck Record  )

Michael Pruneda       for     ■ Ptf.

Elizabeth Nealy       for     ■ Deft.

■   Order to be entered.

■   Comments:

1. The parties informed the Court of their current posture of the case, the damages claimed by Plaintiffs, and the factual background of the case.
2. The parties informed the Court of their position on mediation.
3. Defendant will respond to the Plaintiffs' complaint within five days.
4. The Court ORDERED (1) the parties to mediate the matter with Judge Recio before the end of May, (2) Defendant file an answer within five days, and (3) a scheduling order be entered with a Discovery cutoff date of September 15, 2003, and a dispositive motion deadline of October 20, 2003.