IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SALVADOR ACOSTA and<br>RIGO DE LA ROSA<br><br>Plaintiffs,<br><br>v.<br><br>SANTA MARIA INDEPENDENT<br>SCHOOL DISTRICT<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. B-03-41<br>§<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on April 22, 2003, the Court **ORDERS** the parties to mediate this matter with Magistrate Judge Recio before the end of May 2003.

The Court **ORDERS** the Clerk of the Court to docket as a separate entry Plaintiffs' First Amended Original Petition currently found as Exhibit A-12 to Dkt. No. 1.

The Court **ORDERS** Defendant to file an answer to Plaintiffs' First Amended Original Petition no later than April 28, 2003.

DONE at Brownsville, Texas, this 22nd day of April 2003.

Hilda G. Tagle
United States District Judge