17

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

SALVADOR ACOSTA, ET AL      §

vs.                         §          Civil Action No. B-03-41

SANTA MARIA INDEPENDENT     §
SCHOOL DISTRICT

United States District Court
Southern District of Texas
ENTERED
MAY 14 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3 - 4__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:                    __N/A__

3. Mediation before U.S. Magistrate Judge Felix Recio at 1:30 p.m on:   __6/12/03__

4. The plaintiff's experts will be named with a report furnished by:    __8/29/03__

5. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:                   __9/15/03__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

7. Dispositive Motions will be filed by:             __10/20/03__

8. Joint pretrial order is due:                      __1/20/04__

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __2/5/04__

10. Jury Selection is set for 9:00 a.m. on:          __2/9/04__
    *(The case will remain on standby until tried)*

Signed __May 13_____, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge