18



United States District Court
Southern District of Texas
FILED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date:  June 12, 1:30 p.m. to 6:00 p.m.

---

### C.A. NO. B-03-041 (HGT)

---

| | | |
|---|---|---|
| SALVADOR ACOSTA and | * | Michael Pruneda |
| RIGO DE LA ROSA | * | |
| VS | * | |
| SANTA MARIA INDEPENDENT | * | Elizabeth N. Neally |
| SCHOOL DISTRICT, and employees, | * | |
| agents and all those acting in | * | |
| concert or at their discretion | * | |

---

### MEDIATION MINUTES

Plaintiffs SALVADOR ACOSTA and RIGO DE LA ROSA appeared with attorney Michael Pruenda.

The following appeared for the Defendants:
   Attorney Elizabeth N. Neally,
   Attorney Gilberto Hinojosa,
   Jose Noe Diaz, President of the School Board,
   Ramblo Rivera, School Board Member, and
   Mrs. Hull, Insurance Representative, Texas Association of School Boards

Mediation held.

Case settled.