UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SALVADOR ACOSTA and<br>RIGO DE LA ROSA | *<br>*<br>* |
| VS | *    CIVIL ACTION NO. B-03-041<br>* |
| SANTA MARIA INDEPENDENT<br>SCHOOL DISTRICT, and employees,<br>agents and all those acting in<br>concert or at their discretion | *<br>*<br>*<br>* |

# SEALED

## MEDIATION REPORT

June 12, 2003

SEALED BY ORDER OF THE COURT

Felix Recio
United States Magistrate Judge