United States District Court
Southern District of Texas
FILED

JUL 0 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SALVADOR ACOSTA and RIGO DE LA ROSA <br><br> vs. <br><br> SANTA MARIA INDEPENDENT SCHOOL DISTRICT, and employees, agents, and all those acting in concert or at their discretion | § § § § § § § § § § § § CIVIL ACTION NO. B-03-041 |

## JOINT MOTION FOR ORDER OF CONFIDENTIALITY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, SANTA MARIA INDEPENDENT SCHOOL DISTRICT,** Defendant and SALVADOR ACOSTA AND RIGO DE LA ROSA, Plaintiffs, in the above-styled and numbered cause and files and serves this its Motion of Confidentiality and would show the Court the following:

### I.

1. The parties have reached a settlement of all matters in the above styled cause in the mediation before Judge Recio. One of the terms of the mediation was that all terms of the settlement including the settlement amount shall remain confidential by all parties concerned. Plaintiffs and Defendant have further Stipulated that the settlement of this case resolves all matters of controversy raised herein and wish to dismiss with prejudice this case in its entirety.

2. Because this case involves a governmental entity, an Order of Confidentiality by

this Court, in order to protect the district from disclosure of the settlement documents by a Request for Public Information under Texas law.

**WHEREFORE, PREMISES CONSIDERED,** the parties pray that the Court enter an Order of Confidentiality that forbids disclosure of the settlement terms by the parties and to the public and that the Court enter an Order of Dismissal with prejudice and for such other and further relief to which they may be justly entitled, and for other such relief to which this Defendant is entitled.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
ELIZABETH G. NEALLY
Texas Bar No. 14840400
Federal Bar No. 8044

JEFFREY D. ROERIG
Texas Bar No. 17161700
Federal Bar No. 1503

**THE PRUNEDA LAW FIRM**
P.O. Box T
Pharr, TX 78577
Telephone: (956) 702-9675
Facsimile: (956) 70209659

Attorney for Plaintiffs

By: _____
MICHAEL PRUNEDA
State Bar No. 24025601

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **MOTION FOR CONFIDENTIALITY** has been mailed, Certified, Return Receipt Requested vis U.S. Postal Service to counsel of record, to wit:

Michael Pruneda
The Pruneda Law Firm
P. O. Box T
Pharr, Texas 78577

on this _2_ day of July, 2003.

_____
Elizabeth G. Neally