United States District Court
Southern District of Texas
FILED

JUL 0 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SALVADOR ACOSTA and RIGO DE LA ROSA | § § § § |
| vs. | § § |
| SANTA MARIA INDEPENDENT SCHOOL DISTRICT, and employees, agents, and all those acting in concert or at their discretion | § CIVIL ACTION NO. B-03-041 § § § § § |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW**, Plaintiffs, SALVADOR ACOSTA and RIGO DE LA ROSA, and Defendants SANTA MARIA INDEPENDENT SCHOOL DISTRICT, and employees, agents, and all those acting in concert or at their discretion, in the above-styled and numbered action submit this their Stipulation for Dismissal with prejudice of this action. Plaintiffs Salvador Acosta and Rigo de La Rosa and counsel for Defendants, Santa Maria Independent School District, and employees, agents, and all those acting in concert or at their discretion stipulate that all claims, demands, and causes of action asserted in this lawsuit, or which might have been asserted, have been fully and finally compromised and settled by a written settlement agreement executed by all necessary parties.

**WHEREFORE, PREMISES CONSIDERED,** the parties request that the court enter an order dismissing this action with prejudice with court costs being borne by the party incurring the same.

**THE PRUNEDA LAW FIRM, P.L.L.C.**
P. O. Box T
Pharr, Texas 78577
Telephone: (956) 702-9675
Facsimile: (956) 9659

Counsel for Plaintiffs
SALVADOR ACOSTA and RIGO DE LA ROSA

BY: _____
Michael Pruneda
State Bar No. 24025601
Federal Bar No. 25659

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant
SANTA MARIA INDEPENDENT SCHOOL DISTRICT

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing STIPULATION OF DISMISSAL has been mailed, Certified, Return Receipt Requested, via U.S. Post Service to counse of record, to wit:

        Michael Pruneda
        The Pruneda Lawfirm
        P. O. Box T
        Pharr, Texas 78577

on this 2nd day of July, 2003.

                                            _____
                                            Elizabeth Nealy

usr4/cindyb/23131.Stipulation of Dismissal (Federal)    Page 3