United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | § | |
|---|---|---|
| SALVADOR ACOSTA and | § | |
| RIGO DE LA ROSA | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-03-041 |
| SANTA MARIA INDEPENDENT | § | |
| SCHOOL DISTRICT, and employees, | § | |
| agents, and all those acting in concert | § | |
| or at their discretion | § | |
| | § | |

## ORDER OF CONFIDENTIALITY

On this day came on to be considered the parties Motion and Agreed Order of Confidentiality, and the Court, after reviewing the Motion, is of the opinion that the Agreed Order of Confidentiality should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that terms and consideration of the settlement of this cause shall be kept confidential by the parties, their heirs, representatives and assigns.

**IT IS FURTHER ORDERED,** that the terms of the Compromise, Settlement and Release Agreement entered into by the parties, including the document itself, are confidential and shall not be released via any Public Information request or without further order by this Court. This Order shall apply to any agent, heir, representative, assignee, employee, officer, or relative of the parties. Failure to abide in this order shall be considered contempt of this Court and a material breach of the settlement.

SIGNED FOR ENTRY this _____ day of _____, 2003.

PRESIDING JUDGE

**AGREED:**

_____
**Elizabeth G. Neally**
Attorney for Defendant Santa Maria Independent School District


_____
**Michael Pruneda**
Attorney for Plaintiffs, Salvador Acosta and Rigo De la Rosa