United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SALVADOR ACOSTA and RIGO DE LA ROSA | § § § § |
| vs. | § § CIVIL ACTION NO. B-03-041 |
| SANTA MARIA INDEPENDENT SCHOOL DISTRICT, and employees, agents, and all those acting in concert or at their discretion | § § § § § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the court considered the Stipulation for Dismissal filed by the parties to the above-styled and numbered action. Since all parties have stipulated that all matters in controversy between the parties have been settled by written agreement, the Court is of the opinion that this matter should be dismissed with prejudice.

**IT IS THEREFORE ORDERED AND DECREED** that the above-styled and numbered action is hereby DISMISSED WITH PREJUDICE.

SIGNED this 9th day of July, 2003.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:


THE PRUNEDA LAW FIRM, P.L.L.C.
P. O. Box T
Pharr, Texas 78577
Telephone: (956) 702-9675
Facsimile: (956) 9659

Counsel for Plaintiffs
SALVADOR ACOSTA and RIGO DE LA ROSA

BY: _____
Michael Pruneda
State Bar No. 24025601
Federal Bar No. 25659


ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

Attorney for Defendant
SANTA MARIA INDEPENDENT SCHOOL DISTRICT

BY: _____
Elizabeth G. Neally
State Bar #14840400
State Bar #8044